UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAPHAEL GARRETT,
    Plaintiffs,

v.

Case No. _____

R.E. MICHEL COMPANY LLC.,
    Defendant.
_____/

## DEFENDANT'S NOTICE OF AND PETITION FOR REMOVAL

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant, R.E. MICHEL COMPANY LLC., by and through their undersigned counsel, hereby file this Notice of Removal of the instant action from the Thirteenth Judicial District in and for Hillsborough County Florida, and in support thereof, states as follows:

1.     The instant action was originally filed, and is not pending in the Circuit Court of the Thirteenth Judicial Circuit, in and for Hillsborough County, Florida, Case Number 20-CA-4249 (hereinafter "State Court Action").  Said action was filed by the Plaintiff, RAPHAEL GARRETT, a former employee of the Defendant, R.E. MICHEL COMPANY LLC., and alleges violations of 42 U.S.C. 1981., for race discrimination and retaliation.

2.     This Notice of Removal is filed in the United States District Court for the Middle District of Florida, Orlando Division, within the time allowed by law for removal of civil actions.

3.     The United States District Court for the Middle District of Florida is the district embracing the place where the state court action is pending.

4. As stated in paragraph 3 of Plaintiff's Complaint, Plaintiff is domiciled in Orange County, Florida. Defendant operations are located in Orange County, Florida. Therefore, venue would be appropriately assigned to the Middle District of Florida, Orlando Division.

5. A copy of this Notice of Removal is being contemporaneously filed with the Clerk of the Circuit Court of the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, as required by 28 U.S.C. § 1446(d).

6. The pleadings attached hereto as Composite Exhibit A constitute all of the process and pleadings received by Defendant in this action as required by 28 U.S.C. § 1446(a). No further proceedings have taken place in the State Court Action.

7. In accordance with 28 U.S.C. § 1446(b), this Notice of Removal, together with the attached copies of all documents on file to date in the State Court Action, are filed with this Honorable Court within thirty days after June 1, 2020, the date on which Defendant first received notice or acquired actual knowledge of the filing of a claim under a Federal Statute.

8. This Honorable Court has jurisdiction over the instant action pursuant to 28 U.S.C. § 1331, in that the issues in this case arise under the Constitution, laws or treaties of the United States. Specifically, Plaintiff's entire lawsuit is pursuant to Federal Statute 42 U.S.C. 1981.

9. Because Plaintiff is asserting claims under a federal statute, this action is subject to removal pursuant to 28 U.S.C. § 1331, based on federal question jurisdiction. *See, for example*, Castellanos v. Starwood Vacation Ownership, Inc., No. Case No: 6:14-cv-396-Orl-40KRS, 2014 U.S. Dist. LEXIS 179696 (M.D. Fla. Dec. 23, 2014).

10. For the foregoing reasons, removal of the action to this Court is proper as the Federal Question Jurisdiction has been established.

WHEREFORE, Defendant, R.E. MICHEL COMPANY LLC., hereby remove this civil action to the United States District Court for the Middle District of Florida, Orlando Division.

>Respectfully submitted,
>LEWIS BRISBOIS BISGAARD & SMITH LLP
>
>*/s/ David S. Harvey*, Jr.
>_____
>DAVID S. HARVEY, JR.
>Florida Bar Number: 0984043
>ALIA F. TRAFFICANTE
>Florida Bar Number: 107099
>401 East Jackson Street, Suite 3400
>Tampa, Florida 33602
>Phone:  813.739.1900; Fax:  813.739.1919
>Email: david.harvey@lewisbrisbois.com;
>alia.trafficante@lewisbrisbois.com;
>flcourtmail@lewsibrisbois.com;
>Alyson.waller@lewisbrisbois.com
>Attorneys for Defendant R.E. MICHAEL COMPANY LLC.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **16th** day of **June**, 2020, I electronically filed the foregoing via CM/ECF for the USDC Middle District of Florida and have transmitted via Electronic Mail to the following: **W. John Gadd, Esq.,** LAW OFFICE OF W. JOHN GADD, P.A., at wjg@mazgadd.com**,**  and **Kyle J. Lee, Esq.**, LEE LAW, PLLC, at kyle@kyleleelaw.com

>*/s/ David S. Harvey*, Jr.
>_____
>Attorney